ACCEPTED
03-15-00109-CR
5018691
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 10:03:33 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00109-CR

| | | |
|---|---|---|
| Chelsea Podowski | § | IN THE THIRD COURT |
| v. | § | OF APPEALS |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 10:03:33 AM
JEFFREY D. KYLE
Clerk

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

COMES NOW Chelsea Podowski, Appellant in the above-styled and numbered cause, by and through his undersigned counsel, and respectfully moves this Court to extend the time to file Appellant's brief. In support thereof, and pursuant to TEX. R. APP. PROC. 10.5(b), Appellant would show as follows:

(A) Appellant's Brief is due on April 17, 2015;

(B) Appellant seeks a 30 day extension;

(C) Undersigned counsel has not had adequate time to review the record, research the law, and write a brief in this case.

(D) No previous extensions have been granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be GRANTED.

Respectfully submitted,


/s/ James Gill_____

JAMES GILL
1201 Rio Grande Street, Ste. 200
Austin, Texas 78701
(512) 448-4560
(512) 308-6780 (Fax)
jgill@austin-criminallawyer.com
State Bar No. 24043692
ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Appellant's First Motion to Extend Time to File Brief was served on the Travis County District Attorney, P.O. Box 1748, Austin, Texas, 78767, by mail and electronic transmission (AppellateTCDA@co.travis.tx.us), on this the 24th day of April, 2015.

/s/ James Gill_____
JAMES GILL

2